STATE OF ILLINOIS )
)  SS.
COUNTY OF C O O K )

FILED
3/8/2022 12:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
16991312

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )
)
Plaintiff, )     No._____
)
vs )     Amount Claimed: Less than $75,000.00 plus costs
)
SAMUEL J. WILLIAMS and HMT )
)
Defendants. )

## COMPLAINT AT LAW

Now comes the Plaintiff, LATARSHA LYNETTE BREWER, by her Attorney, LOUIS A. BERNS of FAVIL DAVID BERNS and ASSOCIATES, and for her Complaint at Law against the Defendants, SAMUEL J. WILLIAMS and HMT, states as follows:

1.     That on or about April 19, 2020, at approximately 5:45 p.m., the Plaintiff, LATARSHA LYNETTE BREWER, owned and was in the use, possession, operation, and control of a certain motor vehicle, to-wit: a 2013 Chevrolet Sonic, which she was then and there operating and driving in a northerly direction along and upon Briggs Street, south of the intersection with Bruce Road, in Lockport, Illinois.

2.     That at the time and place aforesaid, Defendant, HMT, owned, and Defendant SAMUEL J. WILLIAMS was in the use, possession, operation, and control of a certain motor vehicle, to-wit: a 2013 Chevrolet Silverado, which he was then and there operating and driving in a northerly direction along and upon upon Briggs Street, south of the intersection with Bruce Road, in Lockport, Illinois.

3.     That it then and there became and was the duty of the Defendants to exercise reasonable care and all due caution with respect to the operation of said motor vehicle and to abide by all of the applicable traffic statutes and ordinances that were then and there in force and effect.

4.     That the Defendants were then and there guilty of one or more of the following

<div style="border:1px solid">EXHIBIT

A</div>

FILED DATE: 3/8/2022 12:01 PM    2022400117

negligent acts or omissions:

    a.    Negligently and carelessly operated said motor vehicle without regard for other vehicles rightfully and lawfully along the way;

    b.    Negligently and carelessly operated said motor vehicle at a high and dangerous rate of speed;

    c.    Negligently and carelessly operated said motor vehicle without sufficient control for conditions prevailing along said street;

    d.    Negligently and carelessly failed to stop said motor vehicle in time to avoid said collision although the driver thereof saw or should have seen that it was impending and had ample time and opportunity to avoid it;

    e.    Negligently and carelessly drove said motor vehicle without sufficient brakes; or in the alternative, if such brakes were adequate, negligently failed to apply said brakes so as to control the speed of said vehicle and to avoid the aforesaid occurrence;

    f.    Negligently and carelessly drove said motor vehicle by following the Plaintiff's motor vehicle more closely than was reasonable and prudent having regard for the speed of the vehicles and the traffic along and upon the roadway as aforesaid in violation of 625 ILCS 5/11-710(a); and

    g.    Negligently and carelessly failed to reduce the speed of said vehicle so as to avoid colliding with the rear of the Plaintiff's vehicle in violation of 625 ILCS 5/11-601(a).

5.    That as a proximate result of one or more, the other or all of the foregoing acts of misconduct on the part of the Defendants, operating as aforesaid, said vehicle did then and there collide with the Plaintiff's vehicle, and Plaintiff was thrown to, about and against her vehicle and portions thereof with great force and violence thereby sustaining the serious and permanent injuries hereinafter set forth.

6.    That as a proximate result of the negligent and careless conduct of the Defendants, the Plaintiff did then and there suffer and sustain injuries which caused the Plaintiff to:

    a)    Expend money for medical care and attention;
    b)    Sustain a loss of income/wages;

FILED DATE: 3/8/2022 12:01 PM   2022400117

c)   Incur pain and suffering; and
d)   Suffer disability and/or loss of normal life.

**WHEREFORE**, the Plaintiff, LATARSHA LYNETTE BREWER, demands judgment against the Defendants, SAMUEL J. WILLIAMS and HMT in a sum less than Seventy Five Thousand Dollars ($75,000.00) plus her costs of suit.

FAVIL DAVID BERNS & ASSOCIATES

By:_____
          LOUIS A. BERNS

### RULE 222 (b) AFFIDAVIT

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the damages sought in this cause exceed the sum of $50,000.00 based upon the available information known to the Plaintiff and her attorneys.

LOUIS A. BERNS, attorney and agent in fact for the Plaintiff, LATARSHA LYNETTE BREWER.

FAVIL DAVID BERNS & ASSOCIATES
Attorney for Plaintiff
30 East North Avenue
Northlake, Illinois 60164
Phone: (708) 562-1076
Atty. No. 01116
lberns@fdbalaw.com
F:\WP51\Bob\Complaints\BREWER.wpdl

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 7/12/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

FILED DATE: 5/11/2022 11:45 AM
20224001177

FILED
5/11/2022 11:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17853999

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )
)
Plaintiff, )
)
vs )  No. 20224001177
)
SAMUEL J. WILLIAMS and )
HMT LLC )
)
Defendants. )

### FIRST AMENDED COMPLAINT AT LAW

Now comes the Plaintiff, LATARSHA LYNETTE BREWER, by her Attorney, LOUIS A. BERNS of FAVIL DAVID BERNS and ASSOCIATES, and for her First Amended Complaint at Law against the Defendants, SAMUEL J. WILLIAMS and HMT LLC, a foreign LLC, states as follows:

1.      That on or about April 19, 2020, at approximately 5:45 p.m., the Plaintiff, LATARSHA LYNETTE BREWER, owned and was in the use, possession, operation, and control of a certain motor vehicle, to-wit: a 2013 Chevrolet Sonic, which she was then and there operating and driving in a northerly direction along and upon Briggs Street, south of the intersection with Bruce Road, in Lockport, Illinois.

2.      That at the time and place aforesaid, Defendant, HMT LLC, owned, and Defendant SAMUEL J. WILLIAMS was in the use, possession, operation, and control of a certain motor vehicle, to-wit: a 2013 Chevrolet Silverado, which he was then and there operating and driving in a northerly direction along and upon upon Briggs Street, south of the intersection with Bruce Road, in Lockport, Illinois.

3.      Defendant, HMT LLC, is a foreign LLC registered and doing business in Illinois.

4.      That it then and there became and was the duty of the Defendants to exercise reasonable care and all due caution with respect to the operation of said motor vehicle and to abide by all of the applicable traffic statutes and ordinances that were then and there in force and

**EXHIBIT**

**B**

FILED DATE: 5/11/2022 11:45 AM    2022400177

effect.

5.     That the Defendants were then and there guilty of one or more of the following negligent acts or omissions:

    a.     Negligently and carelessly operated said motor vehicle without regard for other vehicles rightfully and lawfully along the way;

    b.     Negligently and carelessly operated said motor vehicle at a high and dangerous rate of speed;

    c.     Negligently and carelessly operated said motor vehicle without sufficient control for conditions prevailing along said street;

    d.     Negligently and carelessly failed to stop said motor vehicle in time to avoid said collision although the driver thereof saw or should have seen that it was impending and had ample time and opportunity to avoid it;

    e.     Negligently and carelessly drove said motor vehicle without sufficient brakes; or in the alternative, if such brakes were adequate, negligently failed to apply said brakes so as to control the speed of said vehicle and to avoid the aforesaid occurrence;

    f.     Negligently and carelessly drove said motor vehicle by following the Plaintiff's motor vehicle more closely than was reasonable and prudent having regard for the speed of the vehicles and the traffic along and upon the roadway as aforesaid in violation of 625 ILCS 5/11-710(a); and

    g.     Negligently and carelessly failed to reduce the speed of said vehicle so as to avoid colliding with the rear of the Plaintiff's vehicle in violation of 625 ILCS 5/11-601(a).

6.     That as a proximate result of one or more, the other or all of the foregoing acts of misconduct on the part of the Defendants, operating as aforesaid, said vehicle did then and there collide with the Plaintiff's vehicle, and Plaintiff was thrown to, about and against her vehicle and portions thereof with great force and violence thereby sustaining the serious and permanent injuries hereinafter set forth.

7.     That as a proximate result of the negligent and careless conduct of the Defendants, the Plaintiff did then and there suffer and sustain injuries which caused the Plaintiff to:

FILED DATE: 5/11/2022 11:45 AM    2022400117

a)   Expend money for medical care and attention;
b)   Sustain a loss of income/wages;
c)   Incur pain and suffering; and
d)   Suffer disability and/or loss of normal life.

**WHEREFORE**, the Plaintiff, LATARSHA LYNETTE BREWER, demands judgment against the Defendants, SAMUEL J. WILLIAMS and HMT LLC in a sum less than Seventy Five Thousand Dollars ($75,000.00) plus her costs of suit.

FAVIL DAVID BERNS & ASSOCIATES

By:_____
        LOUIS A. BERNS

## RULE 222 (b) AFFIDAVIT

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the damages sought in this cause exceed the sum of $50,000.00 based upon the available information known to the Plaintiff and her attorneys.

_____
LOUIS A. BERNS, attorney and agent in fact for the Plaintiff, LATARSHA LYNETTE BREWER.

FAVIL DAVID BERNS & ASSOCIATES
Attorney for Plaintiff
30 East North Avenue
Northlake, Illinois 60164
Phone: (708) 562-1076
Atty. No. 01116
lberns@fdbalaw.com
F:\WP51\Bob\Complaints\BREWER.wpdl

| | |
|---|---|
| **From:** | Casey Brown |
| **To:** | "lberns@fdbalaw.com" |
| **Cc:** | Kimberlee Massin |
| **Subject:** | RE: Brewer v. HMT LLC, et. al. |
| **Date:** | Friday, May 13, 2022 12:58:59 PM |

Attorney Berns,

Thank you for the return call. In memorialization of our phone conversation, Plaintiff underwent a cervical fusion in November of 2021, which Plaintiff contends is related to the motor vehicle accident of April 19, 2020, and you agree that the amount in controversy in the above-referenced matter is in excess of $75,000, exclusive of costs.

**Casey N. Brown**

Best, Vanderlaan & Harrington

25 E. Washington St., Suite 800

Chicago, IL 60602

312-819-1100 (x122)

---

**From:** Casey Brown
**Sent:** Friday, May 13, 2022 12:00 PM
**To:** 'lberns@fdbalaw.com' <lberns@fdbalaw.com>
**Cc:** Kimberlee Massin <Kmassin@bestfirm.com>
**Subject:** Brewer v. HMT LLC, et. al.

Counsel,

My law firm has been retained to defend HMT LLC with respect to the above-referenced matter. Please call me at your earliest convenience to discuss the same. Thank you in advance.

**Casey N. Brown**

Best, Vanderlaan & Harrington

25 E. Washington St., Suite 800

Chicago, IL 60602

312-819-1100 (x122)

**BVH Response re Coronavirus/COVID-19:**
**Best, Vanderlaan & Harrington remains fully operational. We will continue to handle our cases and represent our clients at a high level. We can be reached as usual at (312) 819-1100 or (630) 752-8000 or by email. We will continue to monitor the status of the pandemic and will follow the directives of local, state, and national officials while also taking our own initiatives to minimize exposure to our employees and clients.**

**Please be advised service of legal documents is not accepted at this email address. Pursuant to Illinois Supreme Court Rules 11 and 131, the only email address at which e-service is accepted is eservice@bestfirm.com.**

<div style="border:1px solid black">

**EXHIBIT**

**C**

</div>

Filer Selected Hearing Date: No hearing scheduled
Location: Cou_____ Number>>
Judge: Cou_____
System Gener_____ing Date: 5/10/2022 9:30 AM
Location: Court _____ 11
Judge: Lee, Kevin_____

## CLEVELAND COUNTY SHERIFF'S OFFICE

CHRIS AMASON, SHERIFF
111 North Peters Ave, 6th Floor
NORMAN, OKLAHOMA 73069
405-701-8888

FILED
4/19/2022 1:35 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17554355

FILED DATE: 4/19/2022 1:35 PM    20224001177

## SHERIFF'S RETURN

CASE#: ___20224001177___                              COUNTY/STATE: ___Cook/IL___

PLAINTIFF/PETITIONER: ___Latarsha Lynette Brewer___

DEFENDANT/RESPONDENT: ___Samuel J Williams & HMT, LLC___    SERVE: ___HMT, LLC c/o Corporation Service Company___

I, _Deputy Reed_____, received on ___04/11/2022___, the following process for service in Cleveland County, Oklahoma:

# SUMMONS & COMPLAINT AT LAW

I served the same, according to law, in the following matter, to wit:

✓ **Personal Service**- by delivering a true copy of said process to:
_Gracy Parrish – Corporation Service Company_
at _10300 Greenbriar Pl. OKC, Ok_____.

____ **Substitute Service**- by leaving a true copy of said process for _____ with _____, a resident/employee/family member, 15 years of age or older, at _____

____ **Posted**- by affixing a true copy of said process at the premises located at:
_____
_____

____ **Posted/Served and locks were changed at:** _____

____ **No Contact**- _____

Date/Time of service: _4/13/22    0910_____        Service Attempts: ___1___

Deputy: _[signature]_                          C.C.S.O. FEE FOR SERVICE (28 O.S. §152.1): $50
_KEIRSTEN REED_                                NOTARY FEE: $5.
                                              SHERIFF'S FEE PAID
                                              $55.00 TOTAL

Subscribed and sworn before me this _13th_ day of _April_____, 2022

_____
(Notary Public)

OFFICIAL SEAL
DON HELMS
NOTARY PUBLIC OKLAHOMA
Commission # 08010485
Expires October 9 2024

EXHIBIT
D

FILED DATE: 3/8/2022 12:01 PM  20224001177

FILED
3/8/2022 12:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
16991312

STATE OF ILLINOIS ⟩
                 ⟩ SS.
COUNTY OF C O O K ⟩

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, ⟩
                          ⟩
           Plaintiff, ⟩     No._____
                          ⟩
     vs                   ⟩     Amount Claimed: Less than $75,000.00 plus costs
                          ⟩
SAMUEL J. WILLIAMS and HMT ⟩
                          ⟩
           Defendants. ⟩

## COMPLAINT AT LAW

Now comes the Plaintiff, LATARSHA LYNETTE BREWER, by her Attorney, LOUIS A. BERNS of FAVIL DAVID BERNS and ASSOCIATES, and for her Complaint at Law against the Defendants, SAMUEL J. WILLIAMS and HMT, states as follows:

1.     That on or about April 19, 2020, at approximately 5:45 p.m., the Plaintiff, LATARSHA LYNETTE BREWER, owned and was in the use, possession, operation, and control of a certain motor vehicle, to-wit: a 2013 Chevrolet Sonic, which she was then and there operating and driving in a northerly direction along and upon Briggs Street, south of the intersection with Bruce Road, in Lockport, Illinois.

2.     That at the time and place aforesaid, Defendant, HMT, owned, and Defendant SAMUEL J. WILLIAMS was in the use, possession, operation, and control of a certain motor vehicle, to-wit: a 2013 Chevrolet Silverado, which he was then and there operating and driving in a northerly direction along and upon upon Briggs Street, south of the intersection with Bruce Road, in Lockport, Illinois.

3.     That it then and there became and was the duty of the Defendants to exercise reasonable care and all due caution with respect to the operation of said motor vehicle and to abide by all of the applicable traffic statutes and ordinances that were then and there in force and effect.

4.     That the Defendants were then and there guilty of one or more of the following

**EXHIBIT
E**

FILED DATE: 3/8/2022 12:01 PM   2022400117

negligent acts or omissions:

    a.    Negligently and carelessly operated said motor vehicle without regard for other vehicles rightfully and lawfully along the way;

    b.    Negligently and carelessly operated said motor vehicle at a high and dangerous rate of speed;

    c.    Negligently and carelessly operated said motor vehicle without sufficient control for conditions prevailing along said street;

    d.    Negligently and carelessly failed to stop said motor vehicle in time to avoid said collision although the driver thereof saw or should have seen that it was impending and had ample time and opportunity to avoid it;

    e.    Negligently and carelessly drove said motor vehicle without sufficient brakes; or in the alternative, if such brakes were adequate, negligently failed to apply said brakes so as to control the speed of said vehicle and to avoid the aforesaid occurrence;

    f.    Negligently and carelessly drove said motor vehicle by following the Plaintiff's motor vehicle more closely than was reasonable and prudent having regard for the speed of the vehicles and the traffic along and upon the roadway as aforesaid in violation of 625 ILCS 5/11-710(a); and

    g.    Negligently and carelessly failed to reduce the speed of said vehicle so as to avoid colliding with the rear of the Plaintiff's vehicle in violation of 625 ILCS 5/11-601(a).

5.    That as a proximate result of one or more, the other or all of the foregoing acts of misconduct on the part of the Defendants, operating as aforesaid, said vehicle did then and there collide with the Plaintiff's vehicle, and Plaintiff was thrown to, about and against her vehicle and portions thereof with great force and violence thereby sustaining the serious and permanent injuries hereinafter set forth.

6.    That as a proximate result of the negligent and careless conduct of the Defendants, the Plaintiff did then and there suffer and sustain injuries which caused the Plaintiff to:

    a)    Expend money for medical care and attention;
    b)    Sustain a loss of income/wages;

FILED DATE: 3/8/2022 12:01 PM   2022L001177

c)    Incur pain and suffering; and
d)    Suffer disability and/or loss of normal life.

**WHEREFORE**, the Plaintiff, LATARSHA LYNETTE BREWER, demands judgment against the Defendants, SAMUEL J. WILLIAMS and HMT in a sum less than Seventy Five Thousand Dollars ($75,000.00) plus her costs of suit.

FAVIL DAVID BERNS & ASSOCIATES

By:_____
LOUIS A. BERNS

## **RULE 222 (b) AFFIDAVIT**

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the damages sought in this cause exceed the sum of $50,000.00 based upon the available information known to the Plaintiff and her attorneys.

LOUIS A. BERNS, attorney and agent in fact for the Plaintiff, LATARSHA LYNETTE BREWER.

FAVIL DAVID BERNS & ASSOCIATES
Attorney for Plaintiff
30 East North Avenue
Northlake, Illinois  60164
Phone:  (708) 562-1076
Atty. No. 01116
lberns@fdbalaw.com
F:\WP51\Bob\Complaints\BREWER.wpdl

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 5/10/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

FILED DATE: 3/17/2022 1:16 PM    20224001177

FILED
3/17/2022 1:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17129314

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | |

(12/01/20) CCG 0001 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH MUNICIPAL DISTRICT

Name all Parties

LATARSHA LYNETTE BREWER,
                    Plaintiff,

            vs.

SAMUEL J. WILLIAMS & HMT,
                    Defendants.

Case No. 20224001177

SERVE SAMUEL J. WILLIAMS AT:
506 Sharon Road
Vandalia, MO 63382

_____
Address of Defendant(s)

Please serve as follows (check one):        Certified Mail    X Sheriff Service        Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE COURTHOUSE. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

FILED DATE: 3/17/2022 1:16 PM    2022400177

**Summons - Alias Summons**

(12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding **COURT DATES** by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

X Atty. No.: __01116__

Pro Se 99500

Witness date  3/17/2022 1:16 PM IRIS Y. MARTINEZ

Name:  FAVIL DAVID BERNS & ASSOCIATES

Atty. for (if applicable):

PLAINTIFF

IRIS Y. MARTINEZ, Clerk of Court

Address:  30 E. North Avenue

☐ Service by Certified Mail

City:  Northlake

Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

State:  IL    Zip:  60164

Telephone:  708-562-1076

Primary Email:  lberns@fdbalaw.com

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

FILED DATE: 3/17/2022 1:16 PM    2022A001177

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
Court date EMAIL: ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
Court date EMAIL: CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
Court date EMAIL: CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
Court date EMAIL: DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
Court date EMAIL: DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
Court date EMAIL: LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
Court date EMAIL: ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

## ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
Court date EMAIL: D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
Court date EMAIL: D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
Court date EMAIL: D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
Court date EMAIL: D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
Court date EMAIL: D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 5/10/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

FILED
3/17/2022 1:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17129314

FILED DATE: 3/17/2022 1:16 PM    20224001177

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons

(12/01/20) CCG 0001 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FOURTH MUNICIPAL DISTRICT

Name all Parties

LATARSHA LYNETTE BREWER,
Plaintiff,

vs.

SAMUEL J. WILLIAMS & HMT LLC,
Defendants.

Case No. 20224001177

SERVE HMT AT: Registered agent
Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

Address of Defendant(s)

Please serve as follows (check one):    Certified Mail    X Sheriff Service    Alias

SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE COURTHOUSE. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

Page  of 3

FILED DATE: 3/17/2022 1:16 PM   20224001177

**Summons - Alias Summons**

(12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

---

X Atty. No.: __01116__
 Pro Se 99500

Name: __FAVIL DAVID BERNS & ASSOCIATES__

Atty. for (if applicable):

__PLAINTIFF__

Address: __30 E. North Avenue__

City: __Northlake__

State: __IL__   Zip: __60164__

Telephone: __708-562-1076__

Primary Email: __iberns@fdbalaw.com__

Witness date _3/17/2022 1:16 PM IRIS Y. MARTINEZ_

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail

Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

---

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

FILED DATE: 3/17/2022 1:16 PM   2022A001177

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
Court date EMAIL: ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
Court date EMAIL: CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
Court date EMAIL: CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
Court date EMAIL: DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
Court date EMAIL: DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
Court date EMAIL: LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
Court date EMAIL: ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

## ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
Court date EMAIL: D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
Court date EMAIL: D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
Court date EMAIL: D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
Court date EMAIL: D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
Court date EMAIL: D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 5/10/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

FILED DATE: 3/21/2022 11:18 AM 20224001177

FILED
3/21/2022 11:18 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17162342

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )
)
       Plaintiff, )
)
  vs )    No. 20224001177
)
SAMUEL J. WILLIAMS and )
HMT LLC )
)
      Defendants. )

### NOTICE OF MOTION

TO:   HMT LLC, 10701E. Ute St., Tulsa, OK 74116

      On     2022, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear

before the Honorable Judge Lee, or any judge sitting in his stead, in the courtroom usually occupied by

him in Room 111 at the Maywood Courthouse, Maywood, Illinois and then and there present the

attached

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AT LAW

a copy of which is hereby served upon you.

LOUIS A. BERNS
Favil David Berns & Associates
Phone: (708) 562-1076
Attorney No. 01116

Attorney for Plaintiff
30 East North Avenue
Northlake, IL 60164

### PROOF OF SERVICE

     I, Robert A. Gornik, an attorney, certify under penalties of perjury, that I served this notice on
HMT LLC BY mailing a copy to said addressee on _____ before the hour of 5:00 P.M.

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 5/10/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

Case: 1:22-cv-02546 Document #: 1-1 Filed: 05/13/22 Page 19 of 29 PageID #:26

FILED DATE: 3/21/2022 11:18 AM   2022A001177

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF C O O K | ) |

**FILED**
3/21/2022 11:18 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17162342

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

| | | |
|---|---|---|
| LATARSHA LYNETTE BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | No. 20224001177 |
| | ) | |
| SAMUEL J. WILLIAMS and | ) | |
| HMT LLC | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AT LAW

**NOW** comes the Plaintiff, LATARSHA LYNETTE BREWER by and through her Attorneys,

FAVIL DAVID BERNS & ASSOCIATES, and pursuant to §2-616 of the Illinois Code of Civil

Procedure hereby moves this Honorable Court for the entry of an Order granting her leave to file a First

Amended Complaint at Law instanter; in support thereof she states as follows:

   1.    A final judgment has not been entered in the above captioned matter, which

involves Plaintiff's injuries incurred in a motor vehicle collision.

   2.    The original Complaint fails to identify HMT as an LLC.

   3.    The First Amended Complaint ( a copy of which is attached hereto as Exhibit A) fully

names Defendant as HMT LLC.

   **WHEREFORE**, the Plaintiff prays that this Honorable Court enter an order granting her leave to

file her First Amended Complaint at Law instanter against the Defendant pursuant to § 2-616 of the

Illinois Code of Civil Procedure.

_____
LOUIS A. BERNS

FAVIL DAVID BERNS & ASSOCIATES
Attorneys for the Plaintiff
30 East North Avenue
Northlake, IL 60164
Ph: (708) 562-1076
Attorney No. 01116

FILED DATE: 3/21/2022 11:18 AM   2022400117

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )
)
     Plaintiff, )
)
    vs )    No. 20224001177
)
SAMUEL J. WILLIAMS and )
HMT LLC )
)
     Defendants. )

## FIRST AMENDED COMPLAINT AT LAW

Now comes the Plaintiff, LATARSHA LYNETTE BREWER, by her Attorney, LOUIS

A. BERNS of FAVIL DAVID BERNS and ASSOCIATES, and for her First Amended

Complaint at Law against the Defendants, SAMUEL J. WILLIAMS and HMT LLC, a foreign

LLC, states as follows:

1.     That on or about April 19, 2020, at approximately 5:45 p.m., the Plaintiff,

LATARSHA LYNETTE BREWER, owned and was in the use, possession, operation, and

control of a certain motor vehicle, to-wit: a 2013 Chevrolet Sonic, which she was then and there

operating and driving in a northerly direction along and upon Briggs Street, south of the

intersection with Bruce Road, in Lockport, Illinois.

2.     That at the time and place aforesaid, Defendant, HMT LLC, owned, and

Defendant SAMUEL J. WILLIAMS was in the use, possession, operation, and control of a

certain motor vehicle, to-wit: a 2013 Chevrolet Silverado, which he was then and there operating

and driving in a northerly direction along and upon upon Briggs Street, south of the intersection

with Bruce Road, in Lockport, Illinois.

3.     Defendant, HMT LLC, is a foreign LLC registered and doing business in Illinois.

4.     That it then and there became and was the duty of the Defendants to exercise

reasonable care and all due caution with respect to the operation of said motor vehicle and to

abide by all of the applicable traffic statutes and ordinances that were then and there in force and

FILED DATE: 3/21/2022 11:18 AM   2022400177

effect.

5.    That the Defendants were then and there guilty of one or more of the following negligent acts or omissions:

    a.    Negligently and carelessly operated said motor vehicle without regard for other vehicles rightfully and lawfully along the way;

    b.    Negligently and carelessly operated said motor vehicle at a high and dangerous rate of speed;

    c.    Negligently and carelessly operated said motor vehicle without sufficient control for conditions prevailing along said street;

    d.    Negligently and carelessly failed to stop said motor vehicle in time to avoid said collision although the driver thereof saw or should have seen that it was impending and had ample time and opportunity to avoid it;

    e.    Negligently and carelessly drove said motor vehicle without sufficient brakes; or in the alternative, if such brakes were adequate, negligently failed to apply said brakes so as to control the speed of said vehicle and to avoid the aforesaid occurrence;

    f.    Negligently and carelessly drove said motor vehicle by following the Plaintiff's motor vehicle more closely than was reasonable and prudent having regard for the speed of the vehicles and the traffic along and upon the roadway as aforesaid in violation of 625 ILCS 5/11-710(a); and

    g.    Negligently and carelessly failed to reduce the speed of said vehicle so as to avoid colliding with the rear of the Plaintiff's vehicle in violation of 625 ILCS 5/11-601(a).

6.    That as a proximate result of one or more, the other or all of the foregoing acts of misconduct on the part of the Defendants, operating as aforesaid, said vehicle did then and there collide with the Plaintiff's vehicle, and Plaintiff was thrown to, about and against her vehicle and portions thereof with great force and violence thereby sustaining the serious and permanent injuries hereinafter set forth.

7.    That as a proximate result of the negligent and careless conduct of the Defendants, the Plaintiff did then and there suffer and sustain injuries which caused the Plaintiff to:

a) Expend money for medical care and attention;
b) Sustain a loss of income/wages;
c) Incur pain and suffering; and
d) Suffer disability and/or loss of normal life.

**WHEREFORE**, the Plaintiff, LATARSHA LYNETTE BREWER, demands judgment against the Defendants, SAMUEL J. WILLIAMS and HMT LLC in a sum less than Seventy Five Thousand Dollars ($75,000.00) plus her costs of suit.

FAVIL DAVID BERNS & ASSOCIATES

By:_____
          LOUIS A. BERNS

## RULE 222 (b) AFFIDAVIT

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the damages sought in this cause exceed the sum of $50,000.00 based upon the available information known to the Plaintiff and her attorneys.

_____
LOUIS A. BERNS, attorney and agent in fact for the Plaintiff, LATARSHA LYNETTE BREWER.

FAVIL DAVID BERNS & ASSOCIATES
Attorney for Plaintiff
30 East North Avenue
Northlake, Illinois 60164
Phone: (708) 562-1076
Atty. No. 01116
lberns@fdbalaw.com
\\AD-SERVER\Data\WP51\Bob\Complaints\BREWER.wpdl

FILED DATE: 3/21/2022 11:18 AM 2022400 1177

Filer Selected Hearing Date: No hearing scheduled
Location: Courtroom <<Courtroom Number>>
Judge: Court, 001
System Generated Hearing Date: 5/10/2022 9:30 AM
Location: Court 001, Court 0111
Judge: Lee, Kevin

FILED DATE: 4/19/2022 1:35 PM  20224001177

# CLEVELAND COUNTY SHERIFF'S OFFICE

CHRIS AMASON, SHERIFF
111 North Peters Ave, 6th Floor
NORMAN, OKLAHOMA 73069
405-701-8888

FILED
4/19/2022 1:35 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17554355

## SHERIFF'S RETURN

CASE#: ___20224001177___                    COUNTY/STATE: ___Cook/IL___

PLAINTIFF/PETITIONER: ___Latarsha Lynette Brewer___

DEFENDANT/RESPONDENT: ___Samuel J Williams & HMT, LLC___    SERVE: ___HMT, LLC c/o Corporation Service Company___

I, _Deputy Reed_____, received on ___04/11/2022___, the following process for service in Cleveland County, Oklahoma:

# SUMMONS & COMPLAINT AT LAW

I served the same, according to law, in the following matter, to wit:

✓ **Personal Service-** by delivering a true copy of said process to:
_Gracy Parrish – Corporation Service Company_____
at _10300 Greenbriar Pl. OkC, Ok_____.

____ **Substitute Service-** by leaving a true copy of said process for _____ with _____, a resident/employee/family member, 15 years of age or older, at _____

____ **Posted-** by affixing a true copy of said process at the premises located at:
_____
_____

____ **Posted/Served and locks were changed at:** _____

____ **No Contact:** _____

Date/Time of service: _4/13/22    0910____          Service Attempts: ___1___

Deputy: _[signature]_____          C.C.S.O. FEE FOR SERVICE (28 O.S. §152.1): $50
_KEIRSTEN REED_

SHERIFF'S FEE PAID

NOTARY FEE: $5.

$55.00
TOTAL

Subscribed and sworn before me this _13th_ day of _April_, 2022

_[signature]_____
(Notary Public)

OFFICIAL SEAL
DON HELMS
NOTARY PUBLIC OKLAHOMA
Commission # 08010485
Expires October 9 2024

Filer Selected Hearing Date: No hearing schedule
Location: <<CourtRoomNumber>>
Judge: Courtroom 0111
System Generated Hearing Date: 5/10/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

# OFFICE OF THE SHERIFF

## AUDRAIN COUNTY

1100 LITTLEBY ROAD
MEXICO, MISSOURI 65265

Phone: (573) 473-5800    Facsimile: (573) 581-2924
WWW.AUDRAINSHERIFF.COM

MATT OLLER
SHERIFF

FILED
4/19/2022 1:42 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
JAMES B. RADER
GRUNDY
20224001177
Courtroom, 0111
17554621

### SHERIFF'S RETURN

I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS AND THE WITHIN ATTACHED

COPY OF THE PETITION ON THE RESPONDENT: _Non est   lives in Ralls County_

AT (LOCATION): _608 E Wells st, Perry Mo 63462_

SERVED IN THE COUNTY OF: _Audrain_

ON THIS _6th_ DAY OF _April_                                          20 _22_

_M. Oller_ _____ SHERIFF

_843_ _____ DEPUTY

SERVICE FEE: _____

NON EST: _30.00_

MILEAGE: _40.00_

TOTAL: _70.00_

Brewer vs Williams
Case # 20224001177

STATE OF ILLINOIS      ) SS.
COUNTY OF C O O K      )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )

         Plaintiff, )

    vs                     )     No. 20224001177

SAMUEL J. WILLIAMS and )
HMT LLC )

         Defendants. )

### ORDER

This cause coming to be heard on Plaintiff's **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AT LAW,** due notice having been given, and this Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1.     Plaintiff is given leave to file her first amended complaint at law instanter.

2.     This matter is continued to _____ for status.

ENTER: _____

_____
JUDGE

DATED: _____

Louis A. Berns
FAVIL DAVID BERNS & ASSOCIATES
Attorney for Plaintiff
30 East North Avenue
Northlake, IL 60164
Phone: (708) 562-1076
Atty. No. 01116

**ENTERED**
Judge Kevin T. Lee-2112

MAY 1 0 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 7/12/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T

FILED DATE: 5/11/2022 11:45 AM   20224001177

FILED
5/11/2022 11:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17853999

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )
)
Plaintiff, )
)
vs )      No. 20224001177
)
SAMUEL J. WILLIAMS and )
HMT LLC )
)
Defendants. )

### NOTICE OF FILING

to:    Lori A. Vanderlaan
       Casey N. Brown
       Best, Vanderlaan & Harrington
       eservice@bestfirm.com

TAKE NOTICE that I have this day filed with the Clerk of the Circuit Court of Cook County,

Illinois, the following: **Plaintiff's First Amended Complaint,** a copy is attached hereto and served

upon you.

ROBERT A. GORNIK

### PROOF OF SERVICE

I, Robert A. Gornik, an attorney, certify under penalty of perjury that I served this notice by e- mailing a
copy to each person to whom it is directed on ___5/11/22___

Robert A. Gornik

Favil David Berns & Associates
Attorneys for Plaintiff
30 E North Avenue
Northlake, Illinois 60164
(708)562-1076
Attorney No. 01116
rgornik@fdbalaw.com

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0111
System Generated Hearing Date: 7/12/2022 9:30 AM
Location: Court Room 0111
Judge: Lee, Kevin T.

FILED DATE: 5/11/2022 11:45 AM    20224001177

FILED
5/11/2022 11:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20224001177
Courtroom, 0111
17853999

STATE OF ILLINOIS     )
                     ) SS.
COUNTY OF C O O K     )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FOURTH DISTRICT

LATARSHA LYNETTE BREWER, )
                            )
        Plaintiff,       )
                            )
    vs                      )      No. 20224001177
                            )
SAMUEL J. WILLIAMS and     )
HMT LLC                    )
                            )
        Defendants.     )

## FIRST AMENDED COMPLAINT AT LAW

Now comes the Plaintiff, LATARSHA LYNETTE BREWER, by her Attorney, LOUIS
A. BERNS of FAVIL DAVID BERNS and ASSOCIATES, and for her First Amended
Complaint at Law against the Defendants, SAMUEL J. WILLIAMS and HMT LLC, a foreign
LLC, states as follows:

1.       That on or about April 19, 2020, at approximately 5:45 p.m., the Plaintiff,
LATARSHA LYNETTE BREWER, owned and was in the use, possession, operation, and
control of a certain motor vehicle, to-wit: a 2013 Chevrolet Sonic, which she was then and there
operating and driving in a northerly direction along and upon Briggs Street, south of the
intersection with Bruce Road, in Lockport, Illinois.

2.       That at the time and place aforesaid, Defendant, HMT LLC, owned, and
Defendant SAMUEL J. WILLIAMS was in the use, possession, operation, and control of a
certain motor vehicle, to-wit: a 2013 Chevrolet Silverado, which he was then and there operating
and driving in a northerly direction along and upon upon Briggs Street, south of the intersection
with Bruce Road, in Lockport, Illinois.

3.       Defendant, HMT LLC, is a foreign LLC registered and doing business in Illinois.

4.       That it then and there became and was the duty of the Defendants to exercise
reasonable care and all due caution with respect to the operation of said motor vehicle and to
abide by all of the applicable traffic statutes and ordinances that were then and there in force and

FILED DATE: 5/11/2022 11:45 AM    2022400117

effect.

5. That the Defendants were then and there guilty of one or more of the following negligent acts or omissions:

 a. Negligently and carelessly operated said motor vehicle without regard for other vehicles rightfully and lawfully along the way;

 b. Negligently and carelessly operated said motor vehicle at a high and dangerous rate of speed;

 c. Negligently and carelessly operated said motor vehicle without sufficient control for conditions prevailing along said street;

 d. Negligently and carelessly failed to stop said motor vehicle in time to avoid said collision although the driver thereof saw or should have seen that it was impending and had ample time and opportunity to avoid it;

 e. Negligently and carelessly drove said motor vehicle without sufficient brakes; or in the alternative, if such brakes were adequate, negligently failed to apply said brakes so as to control the speed of said vehicle and to avoid the aforesaid occurrence;

 f. Negligently and carelessly drove said motor vehicle by following the Plaintiff's motor vehicle more closely than was reasonable and prudent having regard for the speed of the vehicles and the traffic along and upon the roadway as aforesaid in violation of 625 ILCS 5/11-710(a); and

 g. Negligently and carelessly failed to reduce the speed of said vehicle so as to avoid colliding with the rear of the Plaintiff's vehicle in violation of 625 ILCS 5/11-601(a).

6. That as a proximate result of one or more, the other or all of the foregoing acts of misconduct on the part of the Defendants, operating as aforesaid, said vehicle did then and there collide with the Plaintiff's vehicle, and Plaintiff was thrown to, about and against her vehicle and portions thereof with great force and violence thereby sustaining the serious and permanent injuries hereinafter set forth.

7. That as a proximate result of the negligent and careless conduct of the Defendants, the Plaintiff did then and there suffer and sustain injuries which caused the Plaintiff to:

a) Expend money for medical care and attention;
b) Sustain a loss of income/wages;
c) Incur pain and suffering; and
d) Suffer disability and/or loss of normal life.

**WHEREFORE**, the Plaintiff, LATARSHA LYNETTE BREWER, demands judgment against the Defendants, SAMUEL J. WILLIAMS and HMT LLC in a sum less than Seventy Five Thousand Dollars ($75,000.00) plus her costs of suit.

FAVIL DAVID BERNS & ASSOCIATES

By:_____
        LOUIS A. BERNS

## RULE 222 (b) AFFIDAVIT

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the damages sought in this cause exceed the sum of $50,000.00 based upon the available information known to the Plaintiff and her attorneys.

_____
LOUIS A. BERNS, attorney and agent in fact for the Plaintiff, LATARSHA LYNETTE BREWER.

FAVIL DAVID BERNS & ASSOCIATES
Attorney for Plaintiff
30 East North Avenue
Northlake, Illinois 60164
Phone: (708) 562-1076
Atty. No. 01116
lberns@fdbalaw.com
F:\WP51\Bob\Complaints\BREWER.wpdl